**Fill in this information to identify the case:**

Debtor 1  Angelica Vasquez; fka Angelica Vargas

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern   District of Illinois
(State)

Case number  25-02260

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust

**Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account:  6 0 9 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 2/19/2025 ($250) and 3/6/2025 ($700) | (3) | $ 950.00 |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 2/28/2025: Proof of Claim / Plan Review ($1,225) and 410A Prep ($325) | (5) | $ 1,550.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Angelica Vasquez**
First Name    Middle Name    Last Name

Case number (*if known*) 25-02260

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Dylan Dean Smith
Signature

Date  5 / 12 / 2025

Print: **Dylan Dean Smith**
First Name    Middle Name    Last Name

Title  **Attorney for Creditor**

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
Number    Street
Loveland, OH 45140
City    State    ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

Official Form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    page **2**

Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com



# INVOICE

**BILL TO**
SN Servicing Corporation
323 Fifth Street
Eureka, CA  95501

**INVOICE #** ▓▓▓▓▓
**DATE**  02/20/2025

**S&B FILE NUMBER**
▓▓▓▓▓▓

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/19/2025 | Vasquez, Miguel ▓▓▓▓▓ Hearing Attendance 2.19.25 - ▓▓▓▓▓ | 1 | 250.00 | 250.00 |

**BALANCE DUE** **$250.00**

**SOTTILE & BARILE, LLC**

394 Wards Corner Road, Suite 180

Loveland, OH  45140

accounting@sottileandbarile.com

www.sottileandbarile.com



# INVOICE

**BILL TO**

SN Servicing Corporation

323 Fifth Street

Eureka, CA  95501

**INVOICE** [redacted]

**DATE** 02/28/2025

**S&B FILE NUMBER**

[redacted]

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 02/28/2025 | Vasquez, Angelica - [redacted] Proof of Claim/Plan Review - [redacted] | 1 | 1,225.00 | 1,225.00 |
| 02/28/2025 | Vasquez, Angelica - [redacted] 410A Prep [redacted] | 1 | 325.00 | 325.00 |

BALANCE DUE  **$1,550.00**



**SOTTILE & BARILE, LLC**
394 Wards Corner Road, Suite 180
Loveland, OH  45140
accounting@sottileandbarile.com
www.sottileandbarile.com

# INVOICE

**BILL TO**  
SN Servicing Corporation  
323 Fifth Street  
Eureka, CA  95501

**INVOICE #**  
**DATE**  03/07/2025

**S&B FILE NUMBER**

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 03/06/2025 | Vazquez, Angelica — Plan Objection | 1 | 700.00 | 700.00 |

**BALANCE DUE** $700.00

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 25-02260 |
| Angelica Vasquez<br>  fka Angelica Vargas | Chapter 13 |
| Debtor. | Hon. Judge Jacqueline P. Cox |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Postpetition Mortgage Fees, Expenses, and Charges upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on May 12, 2025, before the hour of 5:00 p.m.

   Salvador J Lopez, Debtor's Counsel
   lopez@robsonlopez.com

   Thomas H. Hooper, Chapter 13 Trustee
   thomas.h.hooper@chicagoch13.com

   Adam G. Brief, U.S. Trustee
   ustpregion11.es.ecf@usdoj.gov

   Angelica Vasquez, Debtor
   5121 S Natchez Ave
   Chicago, IL 60638-1346

Dated: May 12, 2025                                    Respectfully Submitted,

                                                       /s/ Dylan Dean Smith
                                                       Dylan Dean Smith (6333375)
                                                       Sottile & Barile, Attorneys at Law
                                                       394 Wards Corner Road, Suite 180
                                                       Loveland, OH 45140
                                                       Phone: 513.444.4100
                                                       Email: bankruptcy@sottileandbarile.com
                                                       Attorney for Creditor