**Fill in this information to identify the case:**

Debtor 1 : Angelica Vasquez fka Angelica Vargas

Debtor 2 : _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of: Illinois(Eastern Division)

Case number: 25-02260

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust

**Court Claim No. (if known):** 2-1

**Last 4 digits** of any number you use to identify the debtors account: 6097

**Date of Payment change:**
Must be at least 21 days after date of this notice: 04/01/2026

**New total Payment:**
Principal, interest, and escrow, if any: $2,010.26
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $654.82          New escrow payment: $750.01

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %
   Current principal and interest payment: _____          New principal and interest payment: _____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   [X] No

   [ ] Yes.

   Current escrow payment: _____          New escrow payment: _____
   Reconciliation amount: + _____ or
                          - _____

| Debtor 1 | Angelica Vasquez fka Angelica Vargas | Case Number (if known) | 25-02260 |

| | Amount of next payment (including reconciliation amount): | |
| | Amount of the new payment thereafter (without reconciliation amount): | |

### Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

[X] No

[ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment: _____    New mortgage payment: _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Amanda Spallone
Signature

Date: 02/13/2026

Print: Amanda Spallone
First Name    Middle Name    Last Name

Title: Authorized Agent

Company: Ghidotti Berger

Address: 1920 Old Tustin Ave
Number    Street

Santa Ana    CA    92705
City    State    ZIP Code

Contact Phone: 949-427-2010

Email: aspallone@ghidottiberger.com



**SN SERVICING CORPORATION**
323 5TH ST
EUREKA CA 95501

(800) 603-0836 / (707) 443-1562 (fax)
Para Español, Ext. 2771 o 2798
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #
Branch Office NMLS #

MIGUEL VASQUEZ
5121 S NATCHEZ AVE
CHICAGO IL  60638

Analysis Date: February 04, 2026                                                                                          Final
Property Address 5121 SOUTH NATCHEZ A VENUE  CHICAGO, IL 60638                                                Loan

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Mar 2025 to Mar 2026.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Apr 01, 2026: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 1,260.25 | 1,260.25 | | Due Date: | Dec 01, 2025 |
| Escrow Payment: | 654.82 | 750.01 | | Escrow Balance: | 1,996.19 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 2,619.28 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 2,303.60 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $2,311.87 |
| Total Payment: | $1,915.07 | $2,010.26 | | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 2,280.10 | (32,599.08) |
| Mar 2025 | 654.82 | 518.60 | | | * | 2,934.92 | (32,080.48) |
| Apr 2025 | 654.82 | 518.60 | | | * | 3,589.74 | (31,561.88) |
| May 2025 | 654.82 | 518.60 | | | * | 4,244.56 | (31,043.28) |
| May 2025 | | | | 3,683.00 | * Homeowners Policy | 4,244.56 | (34,726.28) |
| Jun 2025 | 654.82 | 518.60 | 3,599.00 | | * Homeowners Policy | 1,300.38 | (34,207.68) |
| Jul 2025 | 654.82 | 518.60 | | | * | 1,955.20 | (33,689.08) |
| Aug 2025 | 654.82 | 1,037.20 | 1,955.20 | | * County Tax | 654.82 | (32,651.88) |
| Aug 2025 | | 184.74 | | | * Escrow Only Payment | 654.82 | (32,467.14) |
| Sep 2025 | 654.82 | 1,555.80 | | | * | 1,309.64 | (30,911.34) |
| Sep 2025 | | 272.44 | | | * Escrow Only Payment | 1,309.64 | (30,638.90) |
| Oct 2025 | 654.82 | 518.60 | | | * | 1,964.46 | (30,120.30) |
| Nov 2025 | 654.82 | 1,036.00 | | | * | 2,619.28 | (29,084.30) |
| Nov 2025 | | 918.28 | | | * Escrow Only Payment | 2,619.28 | (28,166.02) |
| Nov 2025 | | | | 2,494.29 | * County Tax | 2,619.28 | (30,660.31) |
| Dec 2025 | 654.82 | 518.00 | | | * | 3,274.10 | (30,142.31) |
| Dec 2025 | | 92.97 | | | * Escrow Only Payment | 3,274.10 | (30,049.34) |
| Jan 2026 | 654.82 | 1,036.00 | | | * | 3,928.92 | (29,013.34) |

| Month | | | | Description | | |
|---|---|---|---|---|---|---|
| Jan 2026 | | 92.97 | | * Escrow Only Payment | 3,928.92 | (28,920.37) |
| Feb 2026 | 654.82 | | 2,303.60 | * County Tax | 2,280.14 | (28,920.37) |
| Feb 2026 | | 30,569.70 | | * Escrow Only Payment | 2,280.14 | 1,649.33 |
| Feb 2026 | | 1,265.14 | | * Escrow Only Payment | 2,280.14 | 2,914.47 |
| Feb 2026 | | | 918.28 | * Escrow Only Payment | 2,280.14 | 1,996.19 |
| | | | | Anticipated Transactions | 2,280.14 | 1,996.19 |
| Feb 2026 | 1,964.46 | | | | | 3,960.65 |
| Mar 2026 | 654.82 | | 2,303.60 | County Tax | | 2,311.87 |
| | $7,857.84 | $44,310.12 | $7,857.80 | $9,399.17 | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 7,857.80. Under Federal law, your lowest monthly balance should not have exceeded 1,309.63 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: February 04, 2026

Borroier nIGUEL VASQUEZ

Final Loan

**Annual Escrow Account Disclosure Statement**
**Projections for Coming Year**

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 2,311.87 | 3,350.33 |
| Apr 2026 | 706.74 | | | 3,018.61 | 4,057.07 |
| May 2026 | 706.74 | | | 3,725.35 | 4,763.81 |
| Jun 2026 | 706.74 | 3,683.00 | Homeowners Policy | 749.09 | 1,787.55 |
| Jul 2026 | 706.74 | | | 1,455.83 | 2,494.29 |
| Aug 2026 | 706.74 | 2,494.29 | County Tax | (331.72) | 706.74 |
| Sep 2026 | 706.74 | | | 375.02 | 1,413.48 |
| Oct 2026 | 706.74 | | | 1,081.76 | 2,120.22 |
| Nov 2026 | 706.74 | | | 1,788.50 | 2,826.96 |
| Dec 2026 | 706.74 | | | 2,495.24 | 3,533.70 |
| Jan 2027 | 706.74 | | | 3,201.98 | 4,240.44 |
| Feb 2027 | 706.74 | | | 3,908.72 | 4,947.18 |
| Mar 2027 | 706.74 | 2,303.60 | County Tax | 2,311.86 | 3,350.32 |
| | $8,480.88 | $8,480.89 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 706.74. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,413.48 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 2,311.87. Your starting balance (escrow balance required) according to this analysis should be $3,350.33. This means you have a shortage of 1,038.46. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 8,480.89. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: February 04, 2026  
Borroier nIGUEL VASQUEZ

Final Loan

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 706.74 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 43.27 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $750.01 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,966.99 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the original appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

*In Re:*                                                                                   **Case No.** 25-02260

Angelica Vasquez fka Angelica Vargas

**Debtor(s)**                                                                              **Chapter 13**

**CERTIFICATE OF SERVICE**

I hereby certify that on 02/13/2026, a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Amanda Spallone
Amanda Spallone
Ghidotti Berger
1920 Old Tustin Ave
Santa Ana, CA 92705

### *Debtor*

Angelica Vasquez fka Angelica Vargas
5121 S Natchez Ave
Chicago, IL 60638-1346

### *Debtor's Counsel*

Salvador J Lopez
Robson & Lopez LLC
121 S Western Avenue
Ste Unit 1
Chicago, IL 60612
lopez@robsonlopez.com

### *Trustee*

Thomas H. Hooper
Office of the Chapter 13 Trustee
55 E. Monroe St.
Suite 3850
Chicago, IL 60603
thomas.h.hooper@chicagoch13.com